Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000408
24-MAY-2019
08:14 AM

NO. CAAP-18-0000408

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

YOLANDA M. KEEHNE, Petitioner-Appellee,
v.
TOMMY G. MARTIN, Respondent-Appellant.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-DA NO. 18-1-042)

ORDER DISMISSING APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) Respondent-Appellant Tommy G. Martin (Martin), pro se, conventionally filed the notice of appeal on May 10, 2018, and the family court clerk electronically filed the notice of appeal on May 15, 2018;

(2) On July 6, 2018, the family court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and the opening brief were due on or before July 16, 2018, and August 15, 2018, respectively;

(3) Martin did not file either document or request an extension of time;

(4) On May 8, 2019, the appellate clerk notified Martin that the time for filing the statement of jurisdiction and

opening brief had expired, the matter would be called to the court's attention on May 20, 2019, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Martin may request relief from default by motion; and

(5) Martin took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, May 24, 2019.

Presiding Judge

Associate Judge

Associate Judge

2